[No. 6547-2-III. Division Three. November 19, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. C-2202, Ted Kolbaba, J., entered May 25, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 6553-7-III. Division Three. November 19, 1985.]

AETNA CASUALTY AND SURETY COMPANY, *Appellant*, v. KITTITAS COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 82-2-00462-5, Howard Hettinger, J., entered May 14, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 6251-1-III. Division Three. November 21, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE ZIEHNERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 83-1-00014-1, Sidney R. Buckley, J., entered December 12, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.